UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| STEVEN CRAIG ALLEN, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>BILLY MITCHEM, WARDEN, and )<br>THE ATTORNEY GENERAL OF )<br>THE STATE OF ALABAMA, )<br>)<br>Respondents ) | Case No. 5:09-cv-00457-JHH-HGD |

### **FINAL JUDGMENT**

On March 13, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On March 20, 2009, petitioner filed objections to the magistrate judge's report and recommendation.[1]

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby

---

[1] The objections originally filed by petitioner were not signed. Therefore, by order entered March 27, 2009, petitioner was given 14 days to file signed objections. Petitioner submitted signed objections which bear a date of March 20, 2009, and have a court file stamp date of April 8, 2009.

ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED as time-barred.

**DONE** this the <u>  16th  </u> day of April, 2009.

<u>                   James H. Hancock                   </u>
SENIOR UNITED STATES DISTRICT JUDGE